UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL -7 PM 3: 10
CLERK
SO. DIST. OF GA.

United States of America )
v. )
Robert David Rock )  Case No: 6:09CR00048-18
) USM No: 14244-021

Date of Original Judgment: October 8, 2010 ) Tina Euginia Maddox
Date of Previous Amended Judgment: May 26, 2015 ) Defendant's Attorney
*(Use Date of Last Amended Judgment, if any)*

**Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**
**Reason for Amendment: [X] Correction of Sentence for Clerical Mistake (Fed.R.Crim.P. 36)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __70__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __October 8, 2010__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: July 7, 2015

Judge's signature

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*